# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEI GLOBAL SERVICES, INC, <br><br> Plaintiff, <br><br> v. <br><br> DYNAMO SOFTWARE INC. and DANIEL J. TEEBAGY, <br><br> Defendants. | Civil Action No.: 2:17-CV-2212 |

## ENTRY OF SPECIAL APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the special appearance of the undersigned counsel on behalf of Dynamo Software, Inc. and Daniel J. Teebagy in the above-captioned matter. This entry of appearance is for the purpose of participating in the telephone conference scheduled by the Court for May 23, 2017 and the related discovery motion, and is without prejudice to Defendants' right to challenge personal jurisdiction.

Dated: May 22, 2017

By: */s/ Nathan P. Heller*
Nathan P. Heller (I.D. No. 206338)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103-7300
Telephone:  215.656.3372
Facsimile:    215.606.3372

*Attorneys for Defendants*
*Dynamo Software, Inc. and Daniel J. Teebagy*

## **CERTIFICATE OF SERVICE**

I certify that, on May 22, 2017, I served the foregoing Notice of Special Appearance via the Court's CM/ECF system on the following counsel of record:

>J. Kevin Fee
>Jordana S. Rubel
>Jane M. Wise
>**Morgan Lewis & Bockius LLP**
>1111 Pennsylvania Ave NW
>Washington, DC 20004
>202-739-3000
>
>*Attorneys for Plaintiff SEI Global Services, Inc.*

          */s/ Nathan P. Heller*
          Nathan P. Heller